MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-mail:   Tracie.Brown@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0113 RS |
| ) Plaintiff, ) | **[PROPOSED] ORDER OF DETENTION PENDING TRIAL** |
| v. ) | |
| ) SHAREE MARTELL HALL, )    a/k/a Sharee Martels Hall, )    a/k/a Sharee Martel Hall, ) ) Defendant. ) | |

("PROPOSED" is struck through)

This matter came before the Court on March 31, 2011 and April 8, 2011 for a detention hearing. The Defendant was present and represented by Assistant Federal Public Defender Elizabeth Falk. Assistant United States Attorney Tracie L. Brown appeared for the United States.

Pretrial Services submitted a report that recommended detaining the Defendant, unless an appropriate surety could be found. The Government requested detention, and the Defendant opposed.

Upon consideration of the facts, proffers, and arguments presented, the Court finds by a preponderance of the evidence that no proposed condition or combination of conditions of release will reasonably assure the appearance of the Defendant as required. The Court also finds

DETENTION ORDER
CR 11-0113 RS

by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community.  In light of these findings, as well as the Defendant's lack of sureties, the Court orders that the Defendant must be detained pending trial in this matter.

The Court is basing its Order on the following factors: (a) The Defendant's lengthy criminal history; (b) the fact that the Defendant has previously suffered multiple felony convictions for crimes similar to those charged in the pending Indictment; (c) the Defendant's multiple parole and probation violations, which indicate a lack of amenability to supervision; (d) the Defendant's use of multiple dates of birth; (e) the Defendant's use of multiple Social Security Numbers; and (f) the fact that the Pretrial Services report at the very least raises questions as to the Defendant's employment and veracity.[1]

Accordingly, the Court finds by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community from the danger that the Defendant represents, and finds by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant as required.  The present order supplements the Court's findings at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

(1) the Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with

---

[1] Specifically, the Pretrial Services report states that the Defendant claimed to have been employed as a babysitter for her cousin Mae Jackson, earning approximately $225 per week.  The Pretrial Services report notes, however, that Mae Jackson informed Pretrial Services that she was unaware of the Defendant acting as a babysitter.

DETENTION ORDER
CR 11-0113 RS

1  her counsel; and

2  (3) on order of a Court of the United States or on request of an attorney for the
3  Government, the person in charge of the corrections facility in which the
4  defendant is confined shall deliver the Defendant to an authorized Deputy United
5  States Marshal for the purpose of any appearance in connection with a court
6  proceeding.

8  Dated: 04/20/11

    THE ~~~~~~~~~~ ERO
    Chief ~~~~~~~~~ te Judge
    Judge Joseph C. Spero

DETENTION ORDER
CR 11-0113 RS