1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  TRACIE L. BROWN (CABN 184339)
   Assistant United States Attorneys
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: tracie.brown@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 11-0113 RS
14                                  )
          Plaintiff,                )
15                                  )   STIPULATION AND [~~PROPOSED~~]
                                    )   ORDER TO CONTINUE STATUS
16     v.                           )   CONFERENCE FROM MAY 10 TO MAY
                                    )   ~~24, 2011~~   MAY 31, 2011
17  SHAREE MARTELL HALL,            )
        a/k/a Sharee Martels Hall,  )   AS MODIFIED BY THE COURT
        a/k/a Sharee Martel Hall,   )
18                                  )
          Defendant.                )
19  _____)

20

21
          This matter is currently set for a status conference on Tuesday, May 10, 2011. By this
22
                                                                                    31,
   stipulation, the parties seek to continue the status conference from May 10, 2011 to May ~~24,~~
23
   2011.
24
          Counsel for the United States commenced trial in <u>United States v. Ginger Daniels</u>, CR
25
   No. 10-0054 JSW, on May 2, 2011. Trial in that matter is expected to continue through May 10,
26
   2011. To avoid a scheduling conflict with the status conference in the above-captioned matter,
27
   //
28

   STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE
   No. CR 11-0113 RS

1  the parties now seek to continue the status conference to May ~~24~~ 31, 2011, a date on which counsel
2  for the United States will be available.
3      The parties have agreed to an exclusion of time under the Speedy Trial Act based on
4  continuity of counsel, given the government counsel's expectation that she will still be in trial on
5  May 10, 2011, and the need for the parties thereafter to have time to discuss the discovery and
6  possible resolution of the case. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
7
8  DATED: May 9, 2011          Respectfully submitted,
9                         MELINDA HAAG
                       United States Attorney
10
11
12                         _____/s/_____
                       TRACIE L. BROWN
                       Assistant United States Attorney
13
14  DATED: May 9, 2011          _____/s/_____
                       ELIZABETH FALK
15                         Counsel for the Defendant
16
17
18                         [~~PROPOSED~~] ORDER
19      Based upon the representation of counsel and for good cause shown, IT IS HEREBY
20  ORDERED that the currently-set status conference date of May 10, 2011 shall be continued to
21  May ~~24~~ 31, 2011. Further, based upon the parties' agreement and for good cause shown, the Court
22  finds that failing to exclude the time between May 10, 2011 and May ~~24~~ 31, 2011 would
23  unreasonably deny the government continuity of counsel and a reasonable time necessary for
24  effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
25  § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
26  between May 10, 2011 and May ~~24~~ 31, 2011 from computation under the Speedy Trial Act
27  outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE
No. CR 11-0113 RS

1  HEREBY ORDERED that the time between May 10, 2011 and May ~~24~~ 31, 2011 shall be excluded
2  from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
3
4
5  DATED: May _9_, 2011

         _____
         THE HON. RICHARD SEEBORG
         United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE
No. CR 11-0113 RS
-3-