# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

SHAREE MARTELL HALL
a/k/a Sharee Martels Hall
a/k/a Sharee Martel Hall

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1343- Wire Fraud
18 U.S.C. § 1957- Engaging in Monetary Transactions in Criminally Derived Property

---

A true bill.

_____ Foreman

Filed in open court this __2-3__ day of

__August 2011__.

_____ Clerk

Bail, $ _No process_

Nathanael Cousins
United States Magistrate Judge

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION  ☑ INDICTMENT | CASE NO. CR-11-0113-RS |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile | Defendant: Sharee Martell Hall |
| ☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added  ☐ Information | Address: [redacted] |
| Name of District Court, and/or Judge/Magistrate Location (City)  UNITED STATES DISTRICT COURT  DISTRICT OF California  Northern Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: Melinda Haag (USA NDCA)  ☐ U.S. Atty  ☐ Other U.S. Agency  Phone No. (415) 436-7200 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Tracie L. Brown | Birth Date _____  ☐ Male  ☑ Female  ☐ Alien (if applicable) |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
USSS

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense | County

☑ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 5

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 USC Section 1343 (4) | Wire Fraud | 1 - 3 |
| | 18 USC Section 1957 (4) | Engaging in Monetary Transactions in Criminally Derived Property | 4-5 |
| | | SEE ATTACHMENT A FOR PENALTIES | |

## ATTACHMENT A

Penalty:

Counts One-Three: 30 years Imprisonment, $ 1,000,000 Fine, 5 years Supervised Release, $ 100 Special Assessment.

Counts Four-Five: 10 years Imprisonment, $ 250,000 Fine, 3 years Supervised Release, $ 100 Special Assessment.

MELINDA HAAG (CSBN 132612)
United States Attorney

FILED
2011 AUG 23 P 3:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAREE MARTELL HALL, <br> a/k/a Sharee Martels Hall, <br> a/k/a Sharee Martel Hall, <br><br> Defendant. | No.: CR 11-0113 RS <br><br> VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 1957 – Engaging in Monetary Transactions in Criminally Derived Property; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of Fraud Proceeds; 18 U.S.C. § 982(c) – Forfeiture of Money Laundering Proceeds |

SUPERSEDING INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Superseding Indictment:

1. Sharee Martell HALL, a/k/a Sharee Martels Hall, a/k/a Sharee Martel Hall (hereinafter, "HALL"), had personal bank accounts with HSBC Bank USA.

2. ONE Foundation was a charitable organization founded in China, with an office in Los Angeles. The Los Angeles branch of ONE Foundation maintained a bank account with

S. INDICTMENT

Bank of America in Los Angeles (hereinafter, "ONE Foundation Bank of America account").

3. The electronic transfers described in paragraphs 8 through 10, below, were all processed on servers located in Omaha, Nebraska.

4. HSBC Bank USA was a financial institution within the meaning of 18 U.S.C. § 20, and was insured by the Federal Deposit Insurance Corporation.

COUNTS ONE THROUGH THREE: (18 U.S.C. § 1343 - Wire Fraud)

5. Paragraphs 1 through 4 are realleged as if fully set forth herein.

6. HALL engaged in a scheme to defraud ONE Foundation and HSBC Bank USA by misappropriating money that belonged to ONE Foundation for her own benefit.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

7. As part of the scheme to defraud, HALL's personal accounts at HSBC Bank USA were linked electronically with the ONE Foundation Bank of America account, without knowledge of or permission from ONE Foundation.

8. It was further a part of the scheme to defraud that, after the electronic links were established, substantial amounts of money were electronically transferred from the ONE Foundation Bank of America account to HALL's personal HSBC Bank USA accounts, without knowledge of or permission from ONE Foundation.

9. It was further a part of the scheme to defraud that HALL used the money fraudulently transferred from ONE Foundation's Bank of America account for her own purposes, including purchasing more than $100,000 worth of cashier's checks.

10. Beginning at a time unknown to the Grand Jury, but no later than in or about November 2008, and continuing through about February 2009, in the Northern District of California and elsewhere, the defendant,

SHAREE MARTELL HALL,
a/k/a Sharee Martels Hall,
a/k/a Sharee Martel Hall,

did knowingly and intentionally devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions of material facts, knowing that the pretenses, representations, promises, and omissions

S. INDICTMENT 2

1 were false and fraudulent when made, and, for the purpose of executing the scheme to defraud
2 and to obtain money by materially false and fraudulent pretenses, representations, promises, and
3 omissions of material facts, did knowingly transmit and cause to be transmitted the following
4 wire communications in interstate commerce:

| Count | Approx. Date | Description of Wire | From | To |
|---|---|---|---|---|
| ONE | 1/2/09 | online transfer of $55,000 | Bank of America (Los Angeles, California) | HSBC Bank USA (Oakland, California; via Omaha, Nebraska) |
| TWO | 1/8/09 | online transfer of $97,600 | Bank of America (Los Angeles, California) | HSBC Bank USA (Oakland, California; via Omaha, Nebraska) |
| THREE | 1/20/09 | online transfer of $94,325 | Bank of America (Los Angeles, California) | HSBC Bank USA (Oakland, California; via Omaha, Nebraska) |

All in violation of Title 18, United States Code, Section 1343.

COUNTS FOUR AND FIVE: (18 U.S.C. § 1957 - Engaging in Monetary Transactions in Criminally Derived Property)

11. Paragraphs 1 through 4 and Counts Two and Three of this Indictment are realleged as if fully set forth herein.

12. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

SHAREE MARTELL HALL,
a/k/a Sharee Martels Hall,
a/k/a Sharee Martel Hall,

did knowingly engage in monetary transactions, in and affecting interstate commerce, in criminally derived property of a value greater than $10,000, that was derived from specified unlawful activity, namely, wire fraud, in violation of Title 18, United States Code, Section 1343, as follows:

///
///

S. INDICTMENT 3

| Count | Approx. Date | Description of Transaction |
|---|---|---|
| FOUR | 1/09/2009 | Purchase of $17,629.50 cashier's check from the San Francisco branch of HSBC Bank USA, made out to Vacaville Nissan |
| FIVE | 1/21/2009 | Purchase of $102,500.00 cashier's check from the San Francisco branch of HSBC Bank USA, made out to T.S. |

All in violation of Title 18, United States Code, Section 1957.

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

14. The allegations contained in Paragraphs 1 through 13 are realleged and by this reference, are fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

15. Upon conviction of any of Counts One through Three, above, the defendant,

SHAREE MARTELL HALL,
a/k/a Sharee Martels Hall,
a/k/a Sharee Martel Hall,

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to said offense, including but not limited to a 2008 Nissan, bearing VIN number 1N4AL21E98C150173.

16. If, as a result of any act or omission of the defendant, any of said property

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendant has in any other property up to the value of the property subject to forfeiture, shall be forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All in violation of Title 18, United States Code, Sections 981(a)(1)(C), 1341, and 1343;

1. Title 28, United States Code, Section 2461(c); and Rule 32.2 of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(1))

17. The allegations contained in Paragraphs 1 through 13 are realleged and by this reference, are fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1).

18. Upon conviction of either of Counts Four or Five, above, the defendant,

SHAREE MARTELL HALL,
a/k/a Sharee Martels Hall,
a/k/a Sharee Martel Hall,

shall forfeit to the United States any property, real or personal, which was involved in or traceable to Counts Four and Five, above, including but not limited to a 2008 Nissan, bearing VIN number 1N4AL21E98C150173.

19. If, as a result of any act or omission of the defendant, any of said property

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendant has in any other property up to the value of the property subject to forfeiture, shall be forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

///
///
///
///
///
///

S. INDICTMENT                  5

All in violation of Title 18, United States Code, Sections 982(a)(1) and 1957; and Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: A TRUE BILL.

Aug 23, 2011

FOREPERSON

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____)
AUSA BROWN

6