MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> SHAREE MARTELL HALL, <br>    a/k/a Sharee Martels Hall, <br>    a/k/a Sharee Martel Hall, <br>    Defendant. | No. CR 11-0113 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RE COMPETENCY EVALUATION AT SANTA RITA JAIL <br><br> Trial Date: October 3, 2011 |

     At the September 9, 2011 hearing, defense counsel raised concerns as to her client's competency to stand trial, in light of certain medications the Defendant had recently been taking. At that hearing, the Court ordered a local medical professional to conduct a competency evaluation, with a report to be filed with the Court and provided to the parties before the status hearing now set for September 27, 2011, at 1:30 p.m.

     In light of the unavailability of Dr. John Chamberlain (UCSF) or his colleagues during that time frame, the parties have agreed that Dr. James Missett, M.D., may evaluate the

STIP. AND [~~PROP~~.] ORDER RE COMPETENCY
No. CR 11-0113 RS

Defendant at Santa Rita Jail for the purpose of assessing her competency to stand trial, pursuant to 18 U.S.C. §§ 4241 and 4247.

DATED: September 16, 2011         Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
TRACIE L. BROWN
Assistant United States Attorney

DATED: September 16, 2011         _____/s/_____
ELIZABETH FALK
Counsel for the Defendant

## [PROPOSED] ORDER

Based upon the statements of counsel and the Defendant at the September 9, 2011 hearing, and the parties' stipulation, it is hereby ordered that Dr. James Missett shall evaluate the Defendant at Santa Rita Jail for the purpose of assessing her competency to stand trial, pursuant to 18 U.S.C. §§ 4241 and 4247.  Dr. Missett shall provide a report to the Court and the parties no later than noon on September 27, 2011.  Santa Rita Jail shall provide Dr. Missett with all necessary access and materials to accomplish his evaluation within the time frame set forth herein.

DATED: September 16, 2011

_____
THE HON. RICHARD SEEBORG
United States District Judge