MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-mail:   Tracie.Brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0113 RS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER RE POST-TRIAL BRIEFING** |
| ) | **SCHEDULE AND HEARING** |
| SHAREE MARTELL HALL, ) | |
| ) | Hearing Date: March 15, 2010 |
| Defendant. ) | |
| _____ ) | |

    The Defendant, having been convicted after a jury trial of wire fraud and money laundering, intends to file motions under Federal Rules of Criminal Procedure 29 and 35. The parties have previously set these matters for hearing on December 20, 2011. In light of the schedules of both counsel, the parties hereby stipulate that the December 20, 2011 hearing should be vacated, with a new briefing and hearing schedule as follows:

        January 3, 2012:        Defendant's Opening Brief

        January 17, 2012        Government's Opposition Brief

        January 24, 2012:       Defendant's Reply

        January 31, 2012:       Hearing

DATED: November 21, 2011                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            __/s/_____
                                            TRACIE L. BROWN
                                            Assistant United States Attorney

DATED: November 21, 2011

                                            __/s/_____
                                            ELIZABETH FALK
                                            Attorney for Defendant Sharee Hall

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is so ordered. The December 20, 2011 hearing is hereby VACATED. The parties shall submit post-trial briefs in accordance with the schedule set forth above, and shall appear for a hearing on the Defendant's post-trial motions on January 31, 2012 at 2:30 p.m.

DATED: November 21, 2011

                                            _____
                                            THE HON. RICHARD SEEBORG

CR 11-113 RS
STIP & [PROP.] ORDER RE POST-TRIAL MTNS       2