1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11-113 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION and [PROPOSED] ORDER TO ALTER BRIEFING SCHEDULE, MOTION HEARING DATE AND SENTENCING DATE |
| SHAREE MARTELL HALL, | ) |
| Defendant. | ) Date: February 14, 2012 Time: 2:30 p.m. Court: The Honorable Richard Seeborg |

Undersigned counsel stipulate as follows:

1. A motion hearing on Ms. Hall's Motion for Judgment of Acquittal and Motion for a New Trial is currently scheduled for 1/31/11, with sentencing currently scheduled for 2/14/2012;

2. Defense counsel needs additional time to draft these motions and meet with Ms. Hall regarding sentencing. She also will be out of the country on the day of sentencing. She accordingly requests an altered briefing schedule, motion hearing, and sentencing date as follows:

3. Opening Motion Due: 1/17/2012
   Response Due: 2/3/12;
   Reply Due: 2/10/2012

4. Motion Hearing and Sentencing (if necessary): 2/28/2012 at 2:30 p.m.;

5. Government counsel has no objection to defense counsel's request for additional time;

6. The parties concur that this stipulation provides for additional time for the potential filing of an opening brief regarding Defendant's Motion for a New Trial if caselaw so supports, pursuant to Rule 33 of the Federal Rules of Criminal Procedure, the defendant having so moved under Rule 33 on the day of the verdict, October 25, 2011, with a briefing schedule for said potential motion and subsequent modification of said schedule previously approved by this Court beyond the 14 day limit set forth under the rule. *See* FRCP 33, 2005 Amendment (clarifying that the district court may extend the time for filing a motion for a new trial pursuant to FRCP 33 beyond the 14 day time post-verdict time period set forth in the Rule).

IT IS SO STIPULATED.

DATED:    January 3, 2012                _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender


DATED:    January 3, 2012                _____/S/_____

TRACIE L. BROWN
Assistant United States Attorney


## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the briefing schedule on defendant's Motion for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29, and Motion for a New Trial pursuant to Federal Rule of Criminal Procedure 33, as well as the motion hearings for both motions **and** the sentencing date, is hereby altered as stated in this stipulation, all to occur on February 28, 2012 at 2:30 p.m.

1  IT IS SO ORDERED.
2
3  DATED: 1/4/12 _____        _____
4                                 THE HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Hall*, CR 11-113 RS
STIP. MODIFY BRIEFING
SCHEDULE, MOTION HEARING, AND SENTENCING       3