MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>  v. <br> SHAREE MARTELL HALL, <br>    a/k/a Sharee Martels Hall, <br>    a/k/a Sharee Martel Hall, <br>     Defendant. | No. CR 11-0113 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING |

    This matter is currently set for sentencing on April 3, 2012.  New counsel, George C. Boisseau, was appointed to represent Ms. Hall on March 16, 2012, and needs additional time to become familiar with this case and prepare a sentencing memorandum.

    By this stipulation, the parties seek to continue the sentencing to May 8, 2012, at a specially-set time of 11:00 a.m. (a time that has been pre-cleared with Courtroom Deputy Corrinne Lew and Probation Officer Sara Rizor Black).  The parties have agreed to file their

STIP. AND [~~PROP~~.] ORDER TO CONTINUE SENTENCING
No. CR 11-0113 RS

-2-

sentencing memoranda on or before May 1, 2012, with optional reply briefs due on or before May 4, 2012.

DATED: March 23, 2012                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney


                                         _____/s/_____
                                         TRACIE L. BROWN
                                         Assistant United States Attorney


DATED: March 23, 2012                    _____/s/_____
                                         GEORGE BOISSEAU
                                         Counsel for the Defendant



### [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing, currently set for April 3, 2012, shall be continued to May 8, 2012 at 11:00 a.m. The parties shall file their respective sentencing memoranda on or before May 1, 2012, with optional replies due on or before May 4, 2012.


DATED: March 27, 2012


                                         _____
                                         THE HON. RICHARD SEEBORG
                                         United States District Judge